# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**CRYSTINA ARMSTRONG,**

      **Plaintiff,**                                **CASE NO. 1:17–cv–02406–KMT**

vs.

**USAA SB,**

      **Defendant.**

_____/

## NOTICE OF SETTLEMENT

Plaintiff CRYSTINA ARMSTRONG notifies this Court that Plaintiff and Defendant USAA SB, have resolved all claims between them in this matter and are in the process of completing the final settlement documents and filing the appropriate dismissal pleadings. The parties request that the Court retain jurisdiction for sixty (60) days for any matters related to completing and/or enforcing the settlement, and stay all remaining discovery deadlines.

Respectfully submitted the 9th day of July, 2018.

                                                        By: _s/ Alyson Dykes_
                                                        Alyson Dykes
                                                        LAW OFFICES OF JEFFREY LOHMAN
                                                        4740 Green River Road, Ste 206
                                                        Corona, CA 92880
                                                        866-329-9217
                                                        alysond@jlohman.com
                                                        Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I do hereby certify that on this the 9th day of July, 2018, I caused a copy of the foregoing NOTICE OF SETTLEMENT to be electronically filed with the Clerk of Court using the cm/ecf system, which will provide electronic notice of the filing to the following:

DAVID M. KRUEGER
 BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
Telephone:  216 )363.4500
Facsimile:  216.363.4588
Email: dkrueger@beneschlaw.com

By: *s/ Alyson  Dykes*
Alyson Dykes
Attorney for Plaintiff
Crystina Armstrong