## UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| CRYSTINA ARMSTRONG, | Case No: 1:17-CV-02406-MSK-KMT |
| Plaintiff, | |
| v. | *ELECTRONICALLY FILED* |
| USAA SAVINGS BANK.*,* | |
| Defendants. | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Crystina Armstrong ("Plaintiff"), and Defendant, USAA Savings Bank ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all of Plaintiff's claims in this action against Defendant WITH PREJUDICE, with each party to bear its own costs and fees.

JOINTLY SUBMITTED BY:

*/s/ David M. Krueger (with permission)*
David M. Krueger
BENESCH FRIEDLANDER COPLAN &
ARONOFF LLP
200 Public Square
BP America Building
Suite 2300
Cleveland, OH 44144-2378
Telephone: (216) 363-4683
dkrueger@beneschlaw.com
COUNSEL FOR DEFENDANT

*/s/ Alyson J. Dykes*
Alyson J. Dykes
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 206
Corona, CA 92880
Phone: 866-329-9217
Fax: 657-227-0270
Email: alysond@jlohman.com
COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

      I hereby certify that on the 13th day of August, 2018, I electronically filed the foregoing Stipulation of Dismissal using the CM/ECF System, which will notify the following:

David M. Krueger
BENESCH FRIEDLANDER COPLAN & ARONOFF LLP
200 Public Square
BP America Building
Suite 2300
Cleveland, OH 44144-2378
Telephone: (216) 363-4683
dkrueger@beneschlaw.com
COUNSEL FOR DEFENDANT

                                                */s/ Alyson J. Dykes*
                                                Alyson J. Dykes
                                                Counsel for Plaintiff